ACCEPTED
03-15-00116-CR
5972745
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/8/2015 9:13:11 AM
JEFFREY D. KYLE
CLERK

## NO.  03-15-00116-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| | § | | |
| **VS.** | § | **THIRD COURT** | 7/8/2015 9:13:11 AM<br>JEFFREY D. KYLE<br>Clerk |
| | § | | |
| **CHRISTOPHER RIVERA** | § | **OF APPEALS** | |

## <u>MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF</u>

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Christopher Rivera., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 274th Judicial District Court of Hays County, Texas.

2.      The case below was styled the <u>STATE OF TEXAS vs. Christopher Rivera</u>, and numbered  CR-14-0448 in the District Court of Hays County, Texas.

3.      Appellant was convicted of Retaliation.

4.      Appellant was assessed a sentence to 6 years TDCJ.  The 6 year sentence was probated and Appellant was placed on 6 years probation on February 4, 2015.

5.      Notice of appeal was given.

6.      The clerk's record and the reporter's record were filed.

7. The appellate brief was presently due on or about July 6, 2015.

8. Appellant requests an extension of time of 1 day from the present date, i.e. that the brief be due on or before July 9, 2015.

9. Appellant has filed the brief on July 8, 2015 but because of the due date the brief is not timely filed.

10. Defendant is currently free on probation and not incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A.) Appellant's mistake with regards to his believing the brief was efiled on the July 6th was not intentional.

B.) Appellant request that the court grant the extension to file the brief and make the brief due on or after July 9, 2015 and that would make the brief filed on July 8, 2015 timely.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

RICKEY D. JONES
ATTORNEY AT LAW
1910 Pacific Ave, Ste 15100
Dallas, Texas 75201
Tel: (214) 742-0708
Fax: (214) 742-5956

By:_____
     Rickey D. Jones
     State Bar No. 00787791
     Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hays County, by facsimile transmission.

_____
Rickey D. Jones